UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| GANESA ROSALES,<br><br>        Plaintiff<br><br>vs.<br><br>AMEDISYS NORTH CAROLINA, LLC,<br>SANJAY BATISH, MD, BATISH<br>MEDICAL SERVICE, PLLC,<br><br>        Defendants. | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 7:20-CV-90-D** |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS defendants' motion to dismiss [D.E. 45], GRANTS defendants' motion for judicial notice [D.E. 47], DISMISSES WITHOUT PREJUDICE plaintiff's federal FCA claims, and DECLINES to exercise supplemental jurisdiction over plaintiff's North Carolina FCA claim.

This Judgment filed and entered on April 10, 2024, and copies to:
All counsel of record as listed in this matter (via CM/ECF electronic notification)

April 10, 2024

                                                Peter A. Moore, Jr.
                                                Clerk of Court

                                       By: /s/ Stephanie Mann
                                            Deputy Clerk